Decided September 12, 2005

## FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER OF SAYBROOK BANK AND TRUST COMPANY *v.* JOSEPH E. OWEN ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 88 Conn. App. 806 (AC 25216), is denied.

*James M. Nugent,* in support of the petition.

*Donald E. Frechette,* in opposition.

Decided September 12, 2005

## CHRISTOPHER B. KENNEDY *v.* LEANNA L. KENNEDY

The plaintiff's petition for certification for appeal from the Appellate Court, 88 Conn. App. 442 (AC 25424), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.